BRINKERHOFF et al., Appellants, v. SARTWELL et al., Respondents. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Jacob Brinkerhoff and another against Amarilla B. Sartwell, as executrix, and others. No opinion. Judgment affirmed, on opinion of BRADLEY, J., in Brinkerhoff v. Sartwell, 33 N. Y. Supp. 162.

BROOKS, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Mary S. Brooks against the Rochester Railway Company. No opinion. Judgment and order affirmed. See 31 N. Y. Supp. 179.

BROWN, Respondent, v. ROOT, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by M. Fillmore Brown against Margaret A. Root. No opinion. Order so modified as to permit the judgment of dismissal merely of complaint to remain of record; in other respects, and as so modified, affirmed, without prejudice to the right of the defendant, Root, to move at special term for costs of the action. No costs of this appeal to either party.

BUELL et al., Respondents, v. MINGO et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by George C. Buell and others against James Mingo and others. No opinion. Judgment modified by striking out the direction of a new trial, and, as so modified, affirmed, with costs.

CANANDAIGUA WATERWORKS CO., Appellant, v. VILLAGE OF CANANDAIGUA et al., Respondents. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by the Canandaigua Waterworks Company against the village of Canandaigua and others, constituting the board of water commissioners of the village of Canandaigua. No opinion. Order affirmed, with $10 costs and disbursements.